THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Charles M.
 Cook, Appellant.
 
 
 

Appeal From Lexington County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2009-UP-126
 Submitted March 2, 2009  Filed March 5,
2009    

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 Assistant Attorney General Julie M. Thames, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Charles M. Cook appeals his guilty plea to accessory
 after the fact, arguing the plea judge erred in accepting his guilty plea
 because there was no factual basis for the plea. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v.
 McKinney, 278 S.C. 107, 108, 292 S.E.2d 598, 599 (1982) (stating that
 absent timely objection at a plea proceeding, the sufficiency of a guilty plea
 can be attacked only through the more appropriate channel of post-conviction
 relief).
AFFIRMED.
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.